MOW 1009-1.3 (06/11)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                    )
    Robert Dove                           )   Case No. 14-41070
                     Debtor(s)            )

## NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS
## AND ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include creditors listed below or on the attachment. By separate copy, you are also notified of the full social security number of the debtor(s). *[Edit paragraphs below as appropriate]*

1. Creditor (name and address): Missouri Department of Revenue

2. Claim (amount owed, nature of claim, date incurred): $310.00; $57.00 for 2010 taxes; $253 00 for 2011 taxes

3. This claim has been scheduled as *[check box]*: [X] priority; [ ] secured; [ ] general unsecured.

4. Trustee, (name, address, and phone) if one has been appointed: Richard Fink, 818 Grand Blvd., Ste 800, Kansas City, MO 64106; 816-842-1031

5. Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727:
    If this claim was added to the schedules after the deadline for filing complaints stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file complaints.

6. Deadline for filing proofs of claim: *[and select the appropriate paragraph below]*
    This is a Chapter 13 case. You have 30 days from the date of this notice or until the bar date, whichever is later, to file your proof of claim.

Date: 6/30/14                              /s/ Terry L. Lawson, Jr.
                                           Terry L. Lawson, Jr.
                                           700 E. 8th St., #300
                                           Kansas City, MO 64106
                                           Phone: 816-802-6677
                                           Fax: 816-8002-6678
                                           terry@llckc.com

Certificate of Service: I, Terry L. Lawson, certify the above notice and a separate notice of the full social security number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on June 30, 2014.

                                           /s/ Terry L. Lawson, Jr.
                                           Terry L. Lawson, Jr.

Instructions: Edit all paragraphs as appropriate and serve on the affected creditor(s).
ECF Event: Bankruptcy>Notices>Amendment to Schedules Adding Creditors (Fee Due)