IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                              )
    **Robert Earl Dove**            )
                                    )
                                    )   Case No: 14-41070
                                    )
                                    )   Chapter 13
    **Debtor(s)**                   )
                                    )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Continued Hearing regarding the Objections to Claims was provided to the following via United States first class postage paid mail on October 7, 2014.

Creditor Matrix

SunTrust Bank
Attn: Support Services
PO Box 85092
Richmond, VA 23286

Citizens Bank
443 Jefferson Blvd RJW-135
Warwick, RI 02866

NelNet on behalf of TGSLC
TX Guaranteed Student Loan Corporation
PO Box 83100
Round Rock, TX 78683-3100

Debtor

National Collegiate Trust
C/O NCO Financial Systems
PO Box 4941
Trenton, NJ 08650

National Collegiate Trust
7595 Montevideo Rd
Jessup, MD 20794

National Collegiate Trust
AES/NCT
1200 N 7th St
Harrisburg, PA 17102

/s/ Terry L. Lawson, Jr.
Terry L. Lawson, Jr. #53203
Attorney for Debtor(s)
Lawson Law Center, LLC
700 E. 8th Street, Suite 300
Kansas City, MO 64106
Phone: 816-802-6677
Fax: 816-802-6678
terry@llckc.com