## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### Kansas City

| | |
|---|---|
| **In re:** | ) |
| **ROBERT EARL DOVE** | ) Case No. 14-41070-drd13 |
| | ) Chapter 13 |
| **Debtor,** | ) |
| _____ | ) |
| **NATIONAL COLLEGIATE TRUST** | ) |
| **Creditor.** | ) |

### RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO PROOF OF CLAIM #7, #8, #9, #10, #11, #12, #13, #14, #15, #16 and #17

**COMES NOW** National Collegiate Trust, its subsidiaries, affiliates, predecessors in interest, successors, and assigns ("Creditor"), by and through its attorneys Carrie D. Mermis, Steven M. Leigh, and the law firm of Martin, Leigh, Laws & Fritzlen, P.C., and in response to Debtor's Omnibus Objection to Proof of Claim #7, #8, #9, #10, #11, #12, #13, #14, #15, #16 and #17 states as follows:

1. Creditor has filed amended claims for each of the claims referenced in the objection.

2. Debtor's omnibus objection is moot.

**WHEREFORE**, Creditor respectfully requests that this Court deny Debtor's Omnibus Objection to Claim, allow its claims as filed, and for such other and further relief as is just and appropriate under the circumstances.

Respectfully submitted,

MARTIN, LEIGH, LAWS & FRITZLEN, P.C.

s/Carrie D. Mermis
Carrie D. Mermis, #59388, cdm@mllfpc.com
Steven M. Leigh, #29268, sml@mllfpc.com
1044 Main Street, Suite 900
Kansas City, MO 64105
Telephone:    (816) 221-1430
Fax:            (816) 221-1044
ATTORNEYS FOR CREDITOR

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this 22nd day of December, 2014, a true and correct copy of the above and foregoing was electronically filed and/or deposited in the United States Mail, postage prepaid, addressed to the following:

Steven A. Shepherd
Terry L. Lawson, Jr.
Lawson Law Center
700 E. 8th St., Ste. 300
Kansas City, MO 64106

Richard Fink
Chapter 13 Trustee
818 Grand Blvd., Suite 800
Kansas City, MO  64106

Office of the U.S. Trustee
400 E. 9th Street, Suite 3440
Kansas City, MO 64106

s/Carrie D. Mermis
Attorney for Creditor